**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RUTH DIEDRICH and JACQUELINE WITT, individually and as beneficiaries of ROBERT WITT, deceased,**

        **Plaintiffs,**

-vs-                                                     **Case No. 6:09-cv-2106-Orl-19KRS**

**PROTECTIVE LIFE INSURANCE COMPANY,**

        **Defendant.**
_____

## ORDER

This case comes before the Court on the Unopposed Motion and Memorandum in Support to Reimburse Fees and Costs, Deposit Funds into the Court Registry and for Discharge by Protective Life Insurance Co. (Doc. No. 35, filed Mar. 5, 2010.)

This case was originally filed by Plaintiffs Ruth Diedrich and Jacqueline Witt against Protective Life Insurance Co. ("Protective") in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida. (Doc. No. 1, filed Dec. 14, 2009.) Protective removed the case to the Middle District of Florida, filed an Interpleader Complaint against Diedrich and Witt, and also named as Counterdefendants Mary-Anne Davila and Belinda Grantham. (Doc. No. 1; Doc. No. 3, filed Dec. 15, 2009). Plaintiffs Diedrich and Witt and Counterdefendants Davila and Grantham dispute their respective rights to the proceeds of a life insurance policy issued to Robert A. Witt in the amount of $250,000. (Doc. No. 16, filed Jan. 5, 2010; Doc. No. 27, filed Feb. 15, 2010.) Protective, with the consent of the parties to this case, now seeks leave to reimburse the agreed upon attorney's fees and

costs from the contested insurance proceeds, to deposit the remaining contested proceeds into the Court Registry, and for the Court to discharge Protective from liability and issue an injunction prohibiting any further claims against Protective by the parties. (Doc. No. 35.)

The Court hereby grants Protective's request to deduct $5,000 from the insurance proceeds as compensation for reasonable attorney's fees and costs incurred in the prosecution of this action. Protective is ordered to deposit the remainder of the proceeds into the Court Registry in accordance with Federal Rule of Civil Procedure 67 and Local Rule 4.16. After depositing the funds into the Court Registry, Protective shall be dismissed from the present action *with prejudice*. The Court declines to issue an injunction restraining the parties from bringing any further action against Protective. Following the discharge of Protective, Ruth Diedrich and Jacqueline Witt will be designated as Plaintiffs and Mary-Anne Davila and Belinda Grantham will be designated as Defendants in this case.

### Conclusion

Based on the foregoing, the Unopposed Motion and Memorandum in Support to Reimburse Fees and Costs, Deposit Funds into the Court Registry and for Discharge by Protective Life Insurance Co. (Doc. No. 35) is **GRANTED in part** and **DENIED in part** as set forth above.

**DONE** and **ORDERED** in Orlando, Florida on March 8, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Parties